UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Tysheed Rashon Davis

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

United States marines, City of Philadelphia (Police Department), FBI, District Attorneys office, SCI Dallas, Entertainment Business, Social media, Criminal activities in the United States and over seas. NBA, NFL, NHL, MLB, Hip Hop & RNB, One Source talent, Entertainment attorney, Wells Fargo Bank & TD Bank, Family Court, DEA, ATF

**COMPLAINT**

Jury Trial: ☒ Yes  ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name          Tysheed Rashon Davis
           Street Address 1000 Follies Road,
           County, City   Dallas, PA,
           State & Zip Code PA, 18612
           Telephone Number 215-934-8182

*Rev. 10/2009*

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name United States marines
Street Address ———
County, City Philadelphia, PA
State & Zip Code PA, ~~18612~~ 19146

Defendant No. 2
Name City of Philadelphia (Police Department)
Street Address
County, City Philadelphia, PA
State & Zip Code PA, ~~18612~~ 19146

Defendant No. 3
Name FBI
Street Address ———
County, City Philadelphia, PA
State & Zip Code PA, ~~18612~~ 19106, PA

Defendant No. 4
Name District attorney office
Street Address ———
County, City Philadelphia, PA
State & Zip Code PA, ~~18612~~ 19106

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
   (Ⓠ Federal Questions)   (Ⓠ Diversity of Citizenship) Both

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? My Rights to speak my opion on matters that i feel need attention. Being able to arrest and apperhen people. Can I sue for pain and suffering, and file a complain about things that I feel that need to be addressed.

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ___Pennsylvania___

Defendant(s) state(s) of citizenship ___Pennsylvania___

III. **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? ___Pennsylvania, Philadelphia. SCI Dallas, City of Philadelphia, United States.___

B. What date and approximate time did the events giving rise to your claim(s) occur? ___11/4/22 7:00 pm___

C. Facts: [What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

People sale larg amount of drugs and have sex, and other things that I want to stop, such as drug Salery, sex, drug Trifficing, Sex Trifficing, money laundering, counter fit money ect police brutility to as while. I want to help sell larg amount of drugs from this institution to help stop crime in the united States. I want to have sex with people to help investigate Sex Trifficing. These are the thing that's going on they I want to help stop it. I want to become a confidental informant for the FBI and the united States marines, a info trader, as while for the ATF and the DEA, Social media, Entertainment business to a while with the NBA, NFL, MLB, NHL, one source telent, Hip & Hop RNB. District Attorney wells fargo Bank & TD Bank, Family Court. These Company are involved with this company Complaint, because I want to Sign a contract because I was a Super Star world wide, and I want to become a Confidental informant and a infor trader because I see lots of drug sales happening and lot of drugs are being sold out in the Philadephia and Pennsylvania community community through out the united united States, all around the united States a Guns to as while while and Sex Trifficing Trifficing. These people cabinet Could help me Sign a Contract to get involved in helping bring people to Justice. I want to file and complaint on this day about what's going on in the united States.

Rev. 10/2009                                      - 3 -

IV.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I get sick because there is drug dealing steal in the United States and I want to help bring people to justice. My head hurts, and I get weak, from my back giving out from working out. I cant sleep until I help bring people to justice and help get these guns off the streets and drug out this DOC Department of Correction, and I have real bad alergies. My finger hurts to as while.

V.   Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I want the Courts to help me investigate people that are in the United States saleing drug, and Sex Trifficing, Money larundering, Counter fit money, Drug Trifficing, Gun Trifficing, and Police brutality. Please help me become a Confidenval informat for the FBI, ATF, DEA, United States marines, Philadelphia Police department. I want the Court to pay me for becoming a Confidenval informat and a infortraker 1 million to 10 million dollars to help bring people to Justice in the entertainment business as while. I want the Courts to pay me for becoming a Confidenval informae for the FBI, ATF, DEA, United States marines, ect. I want the Courts to grant me money to bring down money larundering, and people who Counter fit money. help me become a Confidenval informer and a infortraker to bring down Police Brutality. I want the Courts to grant me 10 million dollars to help fight Crime in the United States of America

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __11__ day of __3_____, 20 __22__

Signature of Plaintiff _____
Mailing Address __1006 Follies Road, Dallas__
__PA, 18612 ~~Phila~~ SCI Dallas__
_____

Telephone Number _____
Fax Number *(if you have one)* _____
E-mail Address _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>United States District Court Eastern District of Pennsylvania | 2. Date:<br>11/3/22 |
| 3. By: (Print Inmate Name and Number)<br>Tysheed Davis  # QP-2212<br>_[signature]_ Inmate Signature | 4. Counselor's Name<br>mr. Keller<br>5. Unit Manager<br>mr. Peperio |
| 6. Work Assignment<br>Kitchen Special | 7. Housing Assignment<br>H Block 40 Cell |

8. Subject: State your request completely but briefly. Give details.

Defendants (are) attach an additional sheet of paper with defendant names, no street address, county, city, state, zip code, Telephone number. 1. United States marines city of Philadelphia 2. Philadelphia Police department 3. SCI Dallas 4. Entertainment and Business, 5. Social media 6. Criminal activities in the united states and over seas. 7. NBA, NFL 9. NHL 10. MLB 11. "Hip Hop, 12. RnB" One source talent Entertainment attorney 13. Wells Fargo Bank, 14. TD Bank, 15 Family Court, 16. DEA, 17 ATF, 18.

Street names and address are of the defendant are — Street address — County, City Philadelphia PA, State & Zip code — Pennsylvania, 19146, 19106, Telephone numbers —

9. Response: (This Section for Staff Response Only)

To DC-14 CAR only  ☐       To DC-14 CAR and DC-15 IRS  ☐

Staff Member Name_____ / _____ Date _____
                            Print                                Sign

Revised July 2000

**Note:**

**This Designation Form must be <u>signed</u> before submission to the Clerk's Office *or a case number will not be assigned.***

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: __1000 Follies Road Dallas, PA, 18612__

Address of Defendant: _____

Place of Accident, Incident or Transaction: __SCI Dallas__

---

**RELATED CASE, IF ANY:**

Case Number: __CP-51-CR-000-8148__   Judge: __J. Scott O'Keefe__   Date Terminated: __11/3/22__

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes [ ]  No [✓]

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes [ ]  No [✓]

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes [ ]  No [ ]

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes [ ]  No [✓]

I certify that, to my knowledge, the within case [ ] is / [ ] is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __11/3/22__   _____   _____
                    *Must sign here*
                    *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

A. *Federal Question Cases:*
[✓] 1. Indemnity Contract, Marine Contract, and All Other Contracts
[ ] 2. FELA
[ ] 3. Jones Act-Personal Injury
[ ] 4. Antitrust
[ ] 5. Patent
[ ] 6. Labor-Management Relations
[ ] 7. Civil Rights
[ ] 8. Habeas Corpus
[ ] 9. Securities Act(s) Cases
[ ] 10. Social Security Review Cases
[ ] 11. All other Federal Question Cases
      *(Please specify):* _____

B. *Diversity Jurisdiction Cases:*
[ ] 1. Insurance Contract and Other Contracts
[ ] 2. Airplane Personal Injury
[ ] 3. Assault, Defamation
[ ] 4. Marine Personal Injury
[ ] 5. Motor Vehicle Personal Injury
[ ] 6. Other Personal Injury *(Please specify):* _____
[ ] 7. Products Liability
[ ] 8. Products Liability – Asbestos
[ ] 9. All other Diversity Cases
      *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

[ ] Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

[ ] Relief other than monetary damages is sought.

DATE: _____   _____   _____
                       *Sign here if applicable*
                       *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

